# CASES

# APPELLATE COURTS OF ILLINOIS.

THIRD DISTRICT—NOVEMBER TERM, 1885.

## CHARLES BUTLER
### v.
## ALONZO R. HILL.

JUSTICE'S JUDGMENT.—The record presents only a certified transcript of a judgment of a justice of the peace, filed in the office of the clerk of the circuit court, together with the execution issued out of that office and the sheriff's returns of his levy and sale. *Held*, that this court can not review such a judgment or the ministerial acts of clerks and sheriffs.

ERROR to the Circuit Court of Vermilion county. Opinion filed December 4, 1885.

Mr. L. REILLY, for plaintiff in error.

PER CURIAM. No brief has been filed for the defendant in error, but we have looked into what stands for the record, and find it presents only a certified transcript of a judgment of a justice of the peace filed in the office of the clerk of the circuit court, together with the execution issued thereon out of that office and the sheriff's returns of his levy and sale of certain real estate by virtue thereof, and that all the errors assigned are in terms imputed to said justice, clerk and sheriff respectively.

Notwithstanding such filing of the transcript the judgment

remains but the judgment of a justice of the peace (Seymour v. Haines, 104 Ill. 557); and as this court can not in this way review such a judgment, or the ministerial acts of clerks and sheriffs, the writ of error in this case will be dismissed.

Writ of error dismissed.